EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant,
W. Atlee Burpee Company
(erroneously sued as "W. Atlee Burpee & Co.")

Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Victoria L. Baiza (SBN: 282715)
victoria@bohmlaw.com
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone:  916.927.5574
Facsimile:   916.927.2046

Attorneys for Plaintiff,
TRACY PALUMBO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TRACY A. PALUMBO<br><br>        Plaintiff,<br><br>        vs.<br><br>W. ATLEE BURPEE & CO.; AND DOES 1-50, INCLUSIVE,<br><br>        Defendants. | CASE NO. 2:13-CV-02057-GEB-DAD<br><br>**JOINT STIPULATION RE: EXTENSION OF EXPERT DISCLOSURE DEADLINES; [PROPOSED ORDER]** |

    THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, STIPULATE TO THE FOLLOWING:

JOINT STIPULATION RE: EXTENSION OF EXPERT DISCLOSURE DEADLINES; [PROPOSED] ORDER

1. Whereas, the Court's scheduling order in this matter sets the expert disclosure deadline on October 20, 2014;

2. Whereas, the Court's scheduling order in this matter sets the rebuttal expert disclosure deadline on November 24, 2014;

3. Whereas, the deposition of Plaintiff Tracy A. Palumbo is currently scheduled for October 21, 2014;

4. Whereas the parties have agreed to schedule a settlement conference with a court Magistrate, and in particular, Magistrate Judge Kendall J. Newman, if he is available;

5. Therefore, the parties agree to extend the **expert disclosure deadline to December 12, 2014,** and **rebuttal expert disclosure deadlines to January 16, 2015.**

DATED: September 12, 2014         BRAGG & KULUVA

                                  By: */s/*_____
                                      EDWARD GARCIA
                                      Attorney for Defendant
                                      W. Atlee Burpee Company

DATED: September 12, 2014         BOHM LAW GROUP

                                  By: */s/ Victoria L. Baiza_____*
                                      *(as authorized on 9/15/14)*
                                      VICTORIA L. BAIZA
                                      Attorney for Plaintiff
                                      Tracy A. Palumbo

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED that the new expert disclosure deadline is December 12, 2014, and the new rebuttal expert disclosure deadline is January 16, 2015.

Dated:  September 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

JOINT STIPULATION RE: EXTENSION OF EXPERT DISCLOSURE DEADLINES; [PROPOSED] ORDER