1  Lawrance A. Bohm (SBN: 208716)
   lbohm@bohmlaw.com
2  Victoria L. Baiza (SBN: 282715)
   victoria@bohmlaw.com
3  **BOHM LAW GROUP**
4  4600 Northgate Boulevard, Suite 210
   Sacramento, CA 95834
5  Telephone:  916.927.5574
   Facsimile:   916.927.2046
6

7  Attorneys for Plaintiff,
   TRACY A. PALUMBO
8

9  EDWARD GARCIA, Bar No. 173487
   BRAGG & KULUVA
10 Embarcadero Center West
   275 Battery Street, Suite 1100
11 San Francisco, CA  94111
   (415) 273-6500
12 (415) 273-6535
13 edgarcia@braggkuluva.com

14 Attorneys for Defendant,
15 W. Atlee Burpee Company
   (erroneously sued as "W. Atlee Burpee & Co.")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY A. PALUMBO<br><br>    Plaintiff,<br><br>    vs.<br><br>W. ATLEE BURPEE & CO.; AND DOES 1-50, INCLUSIVE,<br><br>    Defendants. | Case No: 2:13-CV-02057-GEB-DAD<br><br>**STIPULATION TO PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE WITH JUDGE KENDALL NEWMAN; [PROPOSED] ORDER** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

WHEREAS, Plaintiff, TRACY PALUMBO and Defendant, W. ATLEE BURPEE & CO., collectively "the parties," stipulate to engage in an Early Settlement Conference before Magistrate Judge Kendall Newman on December 2, 2014.

The parties request said Early Settlement Conference in a good faith effort to save costs of litigation and in the interest of justice.

The parties through their attorneys of record and subject to Court approval, HEREBY STIPULATE to the following:

1. To engage in an Early Settlement Conference with Magistrate Judge Kendall Newman on December 2, 2014.

                                                  BOHM LAW GROUP

Date: September 22, 2014          By:    */s/ Victoria L. Baiza*
                                                            Lawrance A. Bohm, Esq.
                                                             Victoria L. Baiza, Esq.

                                                            Attorneys for Plaintiff,
                                                            TRACY A. PALUMBO


                                                            BRAGG & KULUVA

Date: September 22, 2014          By:    /s/ *Edward Garcia* (as authorized on 9/22/14)
                                                              Edward Garcia, Esq,

                                                            Attorneys for Defendant,
                                                            W. Atlee Burpee Company

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CA 95834

**STIPULATION TO PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE
WITH JUDGE KENDALL NEWMAN; [PROPOSED] ORDER**
*Palumbo v. W. Atlee Burpee & Co.*
Case No.: 2:13-CV-02057-GEB-DAD

1  **[PROPOSED] ORDER**

2  Pursuant to Stipulation, IT IS SO ORDERED. The parties will proceed with Magistrate

3  Judge Kendall Newman for an Early Settlement Conference on December 2, 2014.

4  Dated:  September 24, 2014

5

6  _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOHM LAW GROUP
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CA 95834

---

**STIPULATION TO PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE
WITH JUDGE KENDALL NEWMAN; [PROPOSED] ORDER**

*Palumbo v. W. Atlee Burpee & Co.*
Case No.:  2:13-CV-02057-GEB-DAD