EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant,
W. Atlee Burpee Company
(erroneously sued as "W. Atlee Burpee & Co.")

Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Victoria L. Baiza (SBN: 282715)
victoria@bohmlaw.com
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Attorneys for Plaintiff,
TRACY PALUMBO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TRACY A. PALUMBO<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>W. ATLEE BURPEE & CO.; AND DOES 1-50, INCLUSIVE,<br><br>　　　Defendants. | CASE NO. 2:13-CV-02057-GEB-DAD<br><br>**JOINT STIPULATION RE: EXTENSION OF EXPERT DISCLOSURE DEADLINES; [PROPOSED ORDER]** |

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, STIPULATE TO THE

FOLLOWING:

1

JOINT STIPULATION RE: EXTENSION OF EXPERT DISCLOSURE DEADLINES; [PROPOSED] ORDER

1. Whereas, the Court's scheduling order in this matter sets the expert disclosure deadline on October 20, 2014;

2. Whereas, the Court's scheduling order in this matter sets the rebuttal expert disclosure deadline on November 24, 2014;

3. Whereas the parties previously stipulated to extend the expert disclosure deadline to December 12, 2014, and rebuttal expert disclosure deadlines to January 16, 2015;

4. Whereas, the deposition of Defendant employee Mike Walker by Plaintiff is currently scheduled for December 2, 2014;

5. Whereas the parties have scheduled a settlement conference with a Magistrate Judge Kendall J. Newman for January 16, 2015;

6. Therefore, the parties agree to further extend the **expert disclosure deadline to January 23, 2015,** and **rebuttal expert disclosure deadlines to February 20, 2015.**

DATED: November 13, 2014                    BRAGG & KULUVA

                                            By: */s/*_____
                                                 EDWARD GARCIA
                                                 Attorney for Defendant
                                                 W. Atlee Burpee Company

DATED: November 13, 2014                    BOHM LAW GROUP

                                            By: */s/ Victoria L. Baiza*_____
                                                 *(as authorized on 11/19/14)*
                                                 VICTORIA L. BAIZA
                                                 Attorney for Plaintiff
                                                 Tracy A. Palumbo

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED that the new expert disclosure deadline is January 23, 2015, and the new rebuttal expert disclosure deadline is February 20, 2015.

Dated:  November 19, 2014

_____
JOINT STIPULATION RE: EXTENSION OF

GARLAND E. BURRELL, JR.
Senior United States District Judge