Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Victoria L. Baiza (SBN: 282715)
victoria@bohmlaw.com
BOHM LAW GROUP
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Telephone:  (916) 927-5574
Facsimile:  (916) 927-2046
Attorneys for Plaintiff
TRACY A. PALULMBO

EDWARD GARCIA (SBN: 173487)
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant
W. Atlee Burpee Company
(erroneously sued herein as "W. Atlee Burpee & Co.")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TRACY A. PALUMBO<br><br>Plaintiff,<br><br>vs.<br><br>W. ATLEE BURPEE & CO.; AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:13-CV-02057-GEB-DAD<br><br>**STIPULATION TO PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE KENDALL NEWMAN; ORDER** |

1

**STIPULATION TO PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE
WITH MAGISTRATE JUDGE KENDALL NEWMAN; [PROPOSED] ORDER**
*Palumbo v. W. Atlee Burpee & Co.*
**Case No. 2:13-CV-02057-GEB-DAD**

1. TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

WHEREAS, Plaintiff TRACY A. PULUMBO and Defendant W. ATLEE BURPEE & CO., collectively "the parties" stipulate to engage in an Early Settlement Conference before Magistrate Judge Kendall Newman on January 16, 2015.

The parties request said Early Settlement Conference in a good faith effort to save costs of litigation and in the interest of justice.

The parties through their attorneys of record and subject to Court approval, HEREBY STIPULATE to the following:

1. To engage in an Early Settlement Conference with Magistrate Judge Kendall Newman on January 16, 2015.

DATED: December 2, 2014        BOHM LAW GROUP

By: _____/s/_____
Lawrance A. Bohm, Esq.
Victoria L. Baiza, Esq.

Attorneys for Plaintiff
TRACY A. PALUMBO

DATED: December 2, 2014        BRAGG & KULUVA

By: _____/s/_____
Edward Garcia, Esq.

Attorneys for Defendant
W. Atlee Burpee Company

---

2

**STIPULATION TO PARTICIPATE IN AN EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE KENDALL NEWMAN; [PROPOSED] ORDER**
*Palumbo v. W. Atlee Burpee & Co.*
**Case No. 2:13-CV-02057-GEB-DAD**

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.  The parties will proceed with Magistrate Judge Kendall Newman for an Early Settlement Conference on January 16, 2015 at 9:00 a.m.

Dated:  December 3, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE